# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0896

VERSUS

ARTY JAMES MARCEL                                    **NOVEMBER 6, 2023**

---

In Re:    Arty James Marcel, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 686293.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT